UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. EDCV 26-3426 CV (PVC) Date: August 25, 2026

Title Anthony Jair Martinez Fonseca v Warden, et al..

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS: [IN CHAMBERS] ORDER GRANTING TEMPORARY RESTRAINING ORDER TO PRESERVE THE COURT'S JURISDICTION (Dkt. No. 15)**

On August 14, 2026, Respondents filed a Notice of Intent to Remove Petitioner from the Central District of California to effect his removal to Colombia. (Dkt. 14). The Court appreciates Respondents providing prompt notice of intended removal consistent with General Order 26-05 and issues the following temporary restraining order for the limited purpose of preserving the Court's jurisdiction to rule on the Petition. On August 24, 2026, Petitioner filed a Renewed Emergency Ex Parte Application for Temporary Restraining Order, seeking an order prohibiting his removal or deportation until his recently filed appeal with the Board of Immigration Appeals, and his Petition are decided. (Dkt. No. 15 at 15-16). The Court GRANTS, IN PART Petitioner's Ex Parte Application.

Therefore, IT IS ORDERED that Petitioner shall not be removed from the United States unless and until this Court orders otherwise. *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction."); see also *Belbacha v. Bush*, 520 F.3d 452, 455-56 (D.C. Cir. 2008) ("If a case presents a 'substantial' jurisdictional question, then under the All Writs Act, 28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 26-3426 CV (PVC) Date: August 25, 2026

Title Anthony Jair Martinez Fonseca v Warden, et al..

U.S.C. § 1651, a district court may act to preserve its jurisdiction while it determines whether it has jurisdiction.").

Further, given Petitioner's interest in participating in further proceedings before this Court, IT IS ORDERED that Petitioner shall not be transferred outside the Central District of California absent further order from this Court. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) ("[T]he District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief.").

IT IS SO ORDERED.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | mr |