UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-03426-CV-PVC** | Date | September 3, 2026 |
| Title | ***Anthony Jair Martinez Fonseca v. Warden et al*** | | |

| | |
|---|---|
| Present: The Honorable | Cynthia Valenzuela, United States District Judge |

| | |
|---|---|
| Jessica Cortes | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE RE RENEWED EMERGENCY *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [21]**

Petitioner filed a petition for writ of habeas corpus ("Petition") on June 22, 2026. Doc. # 1. Petitioner concurrently filed an *ex parte* application for a temporary restraining order (Doc. # 2), which the Court denied per the Central District of California General Order No. 26-05 ("General Order"). Doc. # 6.

On July 24, 2026, Petitioner filed a Notice of Filing of Appeal to the Board of Immigration Appeals. Doc. # 12 ("Notice of Appeal"). In his Notice of Appeal, Petitioner represented that "he is filing" an appeal of the Immigration Judge's July 8, 2026, order of removal. *Id.* However, it appears that Petitioner did not file his appeal until August 20, 2026. Doc. # 17.

On August 19, 2026, Respondents filed a notice of intent to remove Petitioner from the Central District of California pursuant the July 8 order of removal ("Removal Notice"). Doc. # 14. In their Removal Notice, Respondents represented that, pursuant to a final order of removal, Respondents intended to remove Peitioner to Colombia on or after August 22, 2026. *Id.* at 2; Doc. # 14-1 ("You are scheduled for transfer outside the Central District of California on or after 8/22/26, to effectuate

your removal to Colombia. [sic] in accordance with a Final Order of Removal issued on 7/8/2026.").

On August 24, 2026, Petitioner filed a renewed motion for a temporary restraining order wherein he represented that he has appealed the July 8, 2026, order of removal. Doc. # 15.[1] And on August 31, 2026, Petitioner filed the instant Renewed Emergency *Ex Parte* Application for Temporary Restraining Order. Doc. # 21.

Accordingly, Respondents are **ORDERED** to respond to Petitioner's Renewed Emergency *Ex Parte* Application for Temporary Restraining (Doc. # 21) Order **by no later than September 7, 2026.** The Court **ORDERS** the Government in its response (1) to provide the Court with the current address for Petitioner, and (2) to address whether there is a final order of removal for Petitioner, and, if so, when it will be effected. **Respondents shall serve a copy of this Order on Petitioner forthwith.**

Petitioner may a file a reply by no later than September 11, 2026.

**IT IS SO ORDERED.**

[1] As reflected on the EOIR's automated case information portal, it appears that Petitioner has appealed the July 8, 2026 order of removal, and that appeal is currently pending. *See Automated Case Information*, EOIR, https://acis.eoir.justice.gov/en/caseInformation (last visited September 3, 2026) (search for A-Number "220-554-498" and select "Colombia" as nationality). Petitioner has also filed a motion to accept late appeal as it appears his appeal was filed twelve days late. Doc. # 17 at 14–21.